**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 20-7707**

─────────────

JOSHUA ANDERSON,

                Petitioner - Appellant,

    v.

MARK BOLSTER,

                Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:19-cv-00075-LO-TCB)

─────────────

Submitted:  July 26, 2022                    Decided:  Octcober 4, 2022

─────────────

Before QUATTLEBAUM and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Joshua Anderson, Appellant Pro Se.  Matthew James Mezger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Gary Anderson appeals from the district court's orders denying relief on his 28 U.S.C. § 2241 petition in which he challenged his convictions by a general court-martial. We have reviewed the record and find no reversible error. Accordingly, although we grant Anderson's motions to file supplemental informal briefs, we affirm the court's orders. *Anderson v. Bolster*, No. 1:19-cv-00075-LO-TCB (E.D. Va. Mar. 4, 2020; filed Aug. 27, 2020 & entered Aug. 28, 2020). We deny Anderson's motion to substitute party, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*